IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROMARIO V. WALLER**                                                                  **PLAINTIFF**
**ADC #108263**

v.                                            Case No. **4:23-CV-00798-LPR**

**JOE PROFIRI, et al.**                                                                   **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 24th day of January 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE